JESSE J. ADAMS et al., Respondents, v. IZENDER LEGETT et al., Defendants. MAXWELL M. BOOXBAUM, Appellant.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.